BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO LOPEZ,<br><br>Defendant. | CASE NO(s). 2:14-MJ-0072 KJN, 2:14-SW-0179 KJN, 2:14-SW-0180 KJN, 2:14-SW-0181 KJN, and 2:14-SW-0178 KJN<br><br>PETITION AND ORDER TO UNSEAL SEARCH WARRANT, AFFIDAVIT, COMPLAINT, APPLICATION, AND MEMORANDUM IN SUPPORT |

TO THE HONORABLE KENDAL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Olusere A. Olowoyeye, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On March 26, 2014 the Honorable Kendall J. Newman issued an order sealing the Complaint, Arrest Warrant, Search Warrants and underlying affidavits in the above-referenced cases until further order of the Court.

2. As of today, March 27, 2014, the defendant has been arrested and is in custody.

It is now necessary to unseal the Complaint, Arrest Warrant, Search Warrants and underlying affidavits so the defendant may be fully apprised of the charges against him.

//

1   THEREFORE, your petitioner prays that the aforesaid Complaint, the Search Warrants, the Affidavits, and the Arrest Warrant be unsealed and made part of the public record.

Dated: March 27, 2014

BENJAMIN B. WAGNER
United States Attorney

OLUSERE A. OLOWOYEYE
Assistant United States Attorney

[PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 27th day of March, 2014

THE HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE